UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO TROLLEY (M.T.S.); COUNTY OF SAN DIEGO; CITY OF SAN DIEGO; CITY OF EL CAJON; and 711,<br><br>Defendants. | Case No.: 18-CV-2879 JLS (AGS)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)**<br><br>(ECF No. 1) |

On December 21, 2018, Plaintiff David Bryan Turner, Jr., proceeding *pro se*, filed a Complaint under 28 U.S.C. § 1983, alleging causes of action for excessive force in violation of his Fourth and Fourteenth Amendment rights, violations of the "Fair Cr[e]dit Act," and "enforcing civil rights violations" arising out of the wrongful ticketing and arrest of the homeless on the San Diego trolley. *See generally* ECF No. 1. He seeks damages in the amount of $28,000,000 for his excessive force claim, $21,000,000 for his Fair Credit claim, and $21,000 for his civil rights claim. *See generally id.*

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

///

$400.[1]  *See* 28 U.S.C. § 1914(a).  The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In the nearly eight months since he filed his Complaint, Mr. Turner has not paid the required $400 filing fee or filed a motion to proceed *in forma pauperis*.[2]  Consequently, Mr. Turner's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to pay the requisite filing fee.  No later than <u>twenty-one (21) calendar days</u> from the date this Order is electronically docketed, Mr. Turner must either pay the filing fee or move to proceed *in forma pauperis*.  **Should Mr. Turner fail to pay the filing fee or move to proceed *in forma pauperis*, this action will be dismissed without prejudice.**

IT IS SO ORDERED.

Dated: August 21, 2019

Hon. Janis L. Sammartino
United States District Judge

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016).  The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

[2] In his Complaint, *see* ECF No. 1 at 4, Mr. Turner requests a "fee waiver" on the ground that he "has no money [and] he is just getting out of the Central Jail and getting over a[n] injur[]ed hand, face and head . . . caused by the" Defendants.  Not only is this request improper under Federal Rule of Civil Procedure 7(b)(1), which requires that "[a] request for a court order must be made by motion," but it also fails to meet the necessary requirements of 28 U.S.C. § 1915(a), which requires the movant to "submit[] an affidavit that includes a statement of all assets."